UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Tamika N. Wyche, Esquire
**LAW OFFICES OF DAVID PAUL DANIELS, LLC**
**3300 FEDERAL STREET**
**CAMDEN, NEW JERSEY 08105**
**(856) 338-0411**
TNW 006502006

**Order Filed on November 8, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re: TAMBRA BUTLER

Case No.: 18-26053-JNP

Adv. No.:

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY

ORDER ALLOWING ATTORNEY FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 8, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: TAMBRA BUTLER

Case No: 18-26053

Caption of Order: ORDER ALLOWING ATTORNEY FEES

_____

    THIS MATTER having been opened to the Court by Tamika N. Wyche, Esquire of the Law Offices of David Paul Daniels, LLC, Attorney for Debtor on Application for Allowance of Attorney fees to Attorney for Debtor; and the Court after reviewing said Application; and for good cause having been shown;

    IT IS HEREBY ORDERED that the Law Offices of David Paul Daniels, LLC, is allowed the sum of $467.00 for their fees and costs of which $0.00 has already been received by the Attorney and of which there is a balance of $467.00;

    IT IS FURTHER ORDERED that the Attorney fee shall be paid through the Plan as a priority administrative claim, pursuant to Chapter 503(b) and 507(a)(1);

    IT IS FURTHER ORDERED the Debtor's monthly plan is modified to a payment of $224.00 per month for the remaining 46 months to allow for payment of the aforesaid fee, beginning, November 1, 2019.

United States Bankruptcy Court
District of New Jersey

In re:  
Tambra J. Butler  
      Debtor

Case No. 18-26053-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 08, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.  
db        Tambra J. Butler,   43 Hyacinth Ln,   Sicklerville, NJ  08081-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2019 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   Citizens Bank, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Kevin Gordon McDonald   on behalf of Creditor   Citizens Bank, N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marisa Myers Cohen   on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens Bank NA mcohen@mwc-law.com, jhillier@mwc-law.com  
        Tamika Nicole Wyche   on behalf of Debtor Tambra J. Butler daviddanielslaw@gmail.com, G30609@notify.cincompass.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                            TOTAL: 7