Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–26053–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tambra J. Butler
   43 Hyacinth Ln
   Sicklerville, NJ 08081–2526

Social Security No.:
   xxx–xx–3150

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:             January 7, 2020
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*34* – Certification In Objection to (related document:33 Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay) filed by Lauren Moyer on behalf of Citizens Bank NA f/k/a RBS Citizens Bank NA. Objection deadline is 12/17/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Citizens Bank NA f/k/a RBS Citizens Bank NA) filed by Tamika Nicole Wyche on behalf of Tambra J. Butler. (Attachments: # 1 Exhibit Proof of Payment) (Wyche, Tamika)

and transact such other business as may properly come before the meeting.


Dated: December 19, 2019
JAN: lgr

                                                                Jeanne Naughton
                                                                Clerk