Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26053−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tambra J. Butler
   43 Hyacinth Ln
   Sicklerville, NJ 08081−2526

Social Security No.:
   xxx−xx−3150

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            October 16, 2020
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*43* − Certification In Objection to (related document:42 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 09/16/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Tamika Nicole Wyche on behalf of Tambra J. Butler. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.


Dated: September 14, 2020
JAN: lgr

                                                                        Jeanne Naughton
                                                                        Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 18-26053-JNP
Tambra J. Butler                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Sep 14, 2020
                              Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2020.
db             Tambra J. Butler,    43 Hyacinth Ln,   Sicklerville, NJ   08081-2526

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Citizens Bank, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   Citizens Bank, N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lauren  Moyer    on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens Bank NA
               lmoyer@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Marisa Myers Cohen    on behalf of Creditor   Citizens Bank NA f/k/a RBS Citizens Bank NA
               ecfmail@ecf.courtdrive.com,  jhillier@mwc-law.com
              Tamika Nicole Wyche    on behalf of Debtor Tambra J. Butler daviddanielslaw@gmail.com,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8