Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26053−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tambra J. Butler
   43 Hyacinth Ln
   Sicklerville, NJ 08081−2526

Social Security No.:
   xxx−xx−3150

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 19, 2018.

On November 17, 2020, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                January 6, 2021
Time:                 10:00 AM
Location:             4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 18, 2020
JAN: jpl

                                                                                                Jeanne Naughton
                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Tambra J. Butler  
    Debtor(s)

Case No. 18-26053-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Nov 18, 2020     Form ID: 185     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tambra J. Butler, 43 Hyacinth Ln, Sicklerville, NJ 08081-2526 |
| 517695967 | | AWL, Inc., 2128 N 14th St Box 130, Ponca City, OK 74601-1831 |
| 517695966 | | Apex Asset management, 2501 Oregon Pike # 120, Lancaster, PA 17601-4890 |
| 517695968 | | Best Buy Credit SVC, PO Box 9001007, Louisville, KY 40290-1007 |
| 517695970 | | CBNA Disputes, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517695971 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 517695969 | | Capital One Bank, PO Box 6494, Carol Stream, IL 60197-6494 |
| 518512338 | + | Citizens Bank NA f/k/a RBS Citizens Bank NA, 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 518512339 | + | Citizens Bank NA f/k/a RBS Citizens Bank NA, 10561 Telegraph Rd., Glen Allen, VA 23059, Citizens Bank NA f/k/a RBS Citizens Bank, 10561 Telegraph Rd. Glen Allen, VA 23059-4577 |
| 517820314 | + | Citizens Bank, N.A., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517797515 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517695975 | | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517695977 | | Hummingbird Funds/Blue Trust Loan, PO Box 1754, Hayward, WI 54843-1754 |
| 517695980 | | Resort Management Group, 475 Broad Creek Rd, New Bern, NC 28560-9326 |
| 517983444 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517695965 | | Email/Text: collections@abcofcu.org | Nov 18 2020 22:01:00 | ABCO Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247 |
| 517773186 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 18 2020 22:17:10 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517695972 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Comenity Bank/Ashley Stewart, PO Box 182789, Columbus, OH 43218-2789 |
| 517695973 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 517695974 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 18 2020 22:17:11 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517695976 | + | Email/Text: mortgagebksupport@citizensbank.com | Nov 18 2020 22:01:00 | Franklin America Mortgage, 501 Corporate Centre Dr Ste 400, Franklin, TN 37067-2788 |
| 517695978 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 22:17:19 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517753761 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2020 22:17:18 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, |

Case 18-26053-JNP    Doc 52    Filed 11/20/20    Entered 11/21/20 00:19:35    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: 185 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517695979 | | Email/PDF: cbp@onemainfinancial.com | Nov 18 2020 22:17:05 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 517723996 | + | Email/PDF: cbp@onemainfinancial.com | Nov 18 2020 22:19:17 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517823548 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2020 22:18:22 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517808359 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 22:01:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517808357 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 22:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517695981 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Nov 18 2020 22:17:06 | TMobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 517718735 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 18 2020 22:18:25 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517695982 | + | Email/Text: chegyi@winslowtownship.com | Nov 18 2020 22:01:00 | Township of Winslow, 125 S Route 73, Braddock, NJ 08037-9422 |
| 517695983 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 22:00:00 | Victoria's Secret - Comenity, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Citizens Bank N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Nov 18, 2020 Form ID: 185 Total Noticed: 34

| | |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor Citizens Bank N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Citizens Bank NA f/k/a RBS Citizens Bank NA lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor Citizens Bank NA f/k/a RBS Citizens Bank NA ecfmail@ecf.courtdrive.com jhillier@mwc-law.com |
| Tamika Nicole Wyche | on behalf of Debtor Tambra J. Butler daviddanielslaw@gmail.com G30609@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8