Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 18−26053−JNP
> Chapter: 13
> Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Tambra J. Butler
  43 Hyacinth Ln
  Sicklerville, NJ 08081−2526

Social Security No.:
  xxx−xx−3150

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 6, 2021.


Dated: January 6, 2021
JAN: kvr

> Jeanne Naughton
> Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-26053-JNP
Tambra J. Butler  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 3
Date Rcvd: Jan 06, 2021    Form ID: plncf13    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tambra J. Butler, 43 Hyacinth Ln, Sicklerville, NJ 08081-2526 |
| 517695967 | | AWL, Inc., 2128 N 14th St Box 130, Ponca City, OK 74601-1831 |
| 517695966 | | Apex Asset management, 2501 Oregon Pike # 120, Lancaster, PA 17601-4890 |
| 517695968 | | Best Buy Credit SVC, PO Box 9001007, Louisville, KY 40290-1007 |
| 517695970 | | CBNA Disputes, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517695971 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 517695969 | | Capital One Bank, PO Box 6494, Carol Stream, IL 60197-6494 |
| 518512338 | + | Citizens Bank NA f/k/a RBS Citizens Bank NA, 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 518512339 | + | Citizens Bank NA f/k/a RBS Citizens Bank NA, 10561 Telegraph Rd., Glen Allen, VA 23059, Citizens Bank NA f/k/a RBS Citizens Bank, 10561 Telegraph Rd. Glen Allen, VA 23059-4577 |
| 517820314 | + | Citizens Bank, N.A., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517797515 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517695975 | | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517695977 | | Hummingbird Funds/Blue Trust Loan, PO Box 1754, Hayward, WI 54843-1754 |
| 517695980 | | Resort Management Group, 475 Broad Creek Rd, New Bern, NC 28560-9326 |
| 517983444 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517695965 | | Email/Text: collections@abcofcu.org | Jan 06 2021 21:50:00 | ABCO Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247 |
| 517773186 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 22:11:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517695972 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2021 21:49:00 | Comenity Bank/Ashley Stewart, PO Box 182789, Columbus, OH 43218-2789 |
| 517695973 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2021 21:49:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 517695974 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2021 22:08:26 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517695976 | + | Email/Text: mortgagebksupport@citizensbank.com | Jan 06 2021 21:51:00 | Franklin America Mortgage, 501 Corporate Centre Dr Ste 400, Franklin, TN 37067-2788 |
| 517695978 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 22:11:17 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517753761 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 22:08:36 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, |

Case 18-26053-JNP    Doc 57    Filed 01/08/21    Entered 01/10/21 00:16:44    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: plncf13 | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | | FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517695979 | | Email/PDF: cbp@onemainfinancial.com | Jan 06 2021 22:10:51 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 517723996 | + | Email/PDF: cbp@onemainfinancial.com | Jan 06 2021 22:13:21 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517823548 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2021 22:11:11 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517808359 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2021 21:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517808357 | | Email/Text: bnc-quantum@quantum3group.com | Jan 06 2021 21:50:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517695981 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Jan 06 2021 22:10:48 | TMobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 517718735 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 06 2021 22:08:46 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517695982 | + | Email/Text: chegyi@winslowtownship.com | Jan 06 2021 21:50:00 | Township of Winslow, 125 S Route 73, Braddock, NJ 08037-9422 |
| 517695983 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 06 2021 21:49:00 | Victoria's Secret - Comenity, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 08, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Citizens Bank N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jan 06, 2021 | Form ID: plncf13 | Total Noticed: 34

Kevin Gordon McDonald
    on behalf of Creditor Citizens Bank  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Moyer
    on behalf of Creditor Citizens Bank NA f/k/a RBS Citizens Bank NA lmoyer@mwc-law.com nj-ecfmail@ecf.courtdrive.com

Marisa Myers Cohen
    on behalf of Creditor Citizens Bank NA f/k/a RBS Citizens Bank NA ecfmail@ecf.courtdrive.com jhillier@mwc-law.com

Tamika Nicole Wyche
    on behalf of Debtor Tambra J. Butler daviddanielslaw@gmail.com G30609@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8