Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26053−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tambra J. Butler
   43 Hyacinth Ln
   Sicklerville, NJ 08081−2526

Social Security No.:
   xxx−xx−3150

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       3/18/21
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Tamika N. Wyche, Attorney for Debtor

COMMISSION OR FEES
Fees: $1,392.50

EXPENSES
$2.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: February 10, 2021
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-26053-JNP
Tambra J. Butler  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Feb 10, 2021     Form ID: 137     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tambra J. Butler, 43 Hyacinth Ln, Sicklerville, NJ 08081-2526 |
| 517695967 | +++ | AWL, Inc., 1112 Paradise Drive Ste B, Red Rock, OK 74651 |
| 517695966 | | Apex Asset management, 2501 Oregon Pike # 120, Lancaster, PA 17601-4890 |
| 517695968 | | Best Buy Credit SVC, PO Box 9001007, Louisville, KY 40290-1007 |
| 517695970 | | CBNA Disputes, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517695971 | + | CCMUA, 1645 Ferry Ave, Camden, NJ 08104-1360 |
| 517695969 | | Capital One Bank, PO Box 6494, Carol Stream, IL 60197-6494 |
| 518512338 | + | Citizens Bank NA f/k/a RBS Citizens Bank NA, 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 518512339 | + | Citizens Bank NA f/k/a RBS Citizens Bank NA, 10561 Telegraph Rd., Glen Allen, VA 23059, Citizens Bank NA f/k/a RBS Citizens Bank, 10561 Telegraph Rd. Glen Allen, VA 23059-4577 |
| 517820314 | + | Citizens Bank, N.A., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517797515 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517695975 | | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517695977 | | Hummingbird Funds/Blue Trust Loan, PO Box 1754, Hayward, WI 54843-1754 |
| 517695980 | | Resort Management Group, 475 Broad Creek Rd, New Bern, NC 28560-9326 |
| 517983444 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2021 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2021 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517695965 | | Email/Text: collections@abcofcu.org | Feb 10 2021 21:19:00 | ABCO Federal Credit Union, PO Box 247, Rancocas, NJ 08073-0247 |
| 517695968 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2021 23:58:03 | Best Buy Credit SVC, PO Box 9001007, Louisville, KY 40290-1007 |
| 517773186 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 11 2021 00:13:54 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517695972 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2021 21:18:00 | Comenity Bank/Ashley Stewart, PO Box 182789, Columbus, OH 43218-2789 |
| 517695973 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2021 21:18:00 | Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |
| 517695974 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2021 23:57:35 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517695976 | + | Email/Text: mortgagebksupport@citizensbank.com | Feb 10 2021 21:19:00 | Franklin America Mortgage, 501 Corporate Centre Dr Ste 400, Franklin, TN 37067-2788 |
| 517695978 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Feb 10 2021 23:57:49 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517753761 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2021 00:06:08 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517695979 | Email/PDF: cbp@onemainfinancial.com | Feb 11 2021 00:13:34 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 517723996 | + Email/PDF: cbp@onemainfinancial.com | Feb 11 2021 00:05:29 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517823548 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2021 00:14:07 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 517808359 | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2021 21:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517808357 | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2021 21:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517695981 | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Feb 11 2021 00:05:27 | TMobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 517718735 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 10 2021 23:58:15 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517695982 | + Email/Text: chegyi@winslowtownship.com | Feb 10 2021 21:18:00 | Township of Winslow, 125 S Route 73, Braddock, NJ 08037-9422 |
| 517695983 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2021 21:18:00 | Victoria's Secret - Comenity, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor Citizens Bank  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 10, 2021 | Form ID: 137 | Total Noticed: 34 |

| | |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Citizens Bank  N.A. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Citizens Bank NA f/k/a RBS Citizens Bank NA lmoyer@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Marisa Myers Cohen | on behalf of Creditor Citizens Bank NA f/k/a RBS Citizens Bank NA ecfmail@ecf.courtdrive.com  jhillier@mwc-law.com |
| Tamika Nicole Wyche | on behalf of Debtor Tambra J. Butler daviddanielslaw@gmail.com  G30609@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8